# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 2:11-CR-83-FtM-29SPC

**PETER HESSER**

_____

## ORDER

This matter comes before the Court on the Motion to Appear Pro Hac Vice (Doc. #45) filed on April 26, 2012. Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, Alabama 38501, moves the Court for permission to appear *pro hac vice* on behalf of the Defendant. Attorney Becraft is a member in good standing with the State bar of Alabama and is licensed to practice in the Supreme Court of the United States, the United States Courts of Appeals, and various federal and state Courts. Counsel requests a waiver of the requirement to obtain local Counsel as outline in Local Rule 2.01. The Court does not find good cause to waive such requirement. However, the Court, having reviewed the motion, finds good cause and will grant permission to appear pro hac vice on behalf of the Defendant.

Accordingly, it is now

**ORDERED:**

(1) The Motion to Appear Pro Hac Vice (Doc. #45) is **GRANTED**. Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, Alabama 38501, shall be admitted *pro hac vice* on behalf of the Defendant.

(2) Counsel shall have up to and including **MAY 18, 2012** to secure local Counsel to assist in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ Day of May, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record