FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 OCT -3 PM 2: 13

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

PETER HESSER

CASE NO. 2:11-cr-83-FtM-29SPC

18: 287
False Claim to a Government Agency
18: 2
Aiding and Abetting
26: 7201
Attempt to Evade Income Tax

## SECOND SUPERCEDING INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THREE

From October, 2008, to January 2009, in Charlotte County, in the Middle District of Florida, the defendant herein,

**PETER HESSER,**

knowingly made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the Department of the Treasury, claims against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, his federal income tax returns, wherein claims for income tax refunds for the amounts listed below were made, with knowledge that such claims were false, fictitious, and fraudulent:

| COUNT | YEAR | DATE CLAIM RECEIVED | AMOUNT CLAIMED |
|---|---|---|---|
| 1 | 2005 | 1/7/2009 | $226,911 |
| 2 | 2006 | 11/4/2008 | $ 39,135 |
| 3 | 2007 | 10/8/2008 | $215,219 |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FOUR

From on or about 2001, and continuing to December 2009, in Charlotte County, in the Middle District of Florida and elsewhere,

## PETER HESSER,

the defendant herein, did willfully attempt to evade and defeat the payment of income tax, penalties, and interest due and owing by him to the United States of America for the calendar years 2001, 2002, and 2003, by failing to timely pay his income and self-employment tax liabilities for 2001, 2002, and 2003, by committing the following acts, among others: (1) attempting to remove his assets from the examination of the Internal Revenue Service by converting his assets to gold, and filing a Quit Claim deed on his personal residence; (2) filing a fraudulent 2007 tax return to obtain a refund by portraying false 1099-OID claims; and (3) filing two additional false income tax returns for the years 2005 and 2006 in an attempt to evade his outstanding tax liabilities by

claiming significant fraudulent refunds to settle numerous outstanding tax liabilities.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL,

10-3-12
Date

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Douglas Molloy
Assistant United States Attorney
Trial Counsel

By: _____
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

PETER HESSER

## INDICTMENT

Violations:

18 U.S.C. § 287
18 U.S.C. § 2
26 U.S.C. § 7201

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of October, A.D. 2012.

_____
Clerk

Bail $_____

GPO 863 525

L:\_Criminal Cases\H\Hesser, Peter_2011R02985_DLM\Indictment\Second Superceding Indictment\2nd SS Ind Back.wpd