UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                                 2:11-cr-83-FtM-29SPC

PETER HESSER

_____

**ORDER AMENDING CONDITIONS OF RELEASE**

The jury having rendered a verdict of guilty on all counts, the Court heard argument on the issue of whether defendant should be remanded to the custody of the United States Marshal. The Court will allow defendant to remain on bond subject to the additional condition set forth below.

Accordingly, it is now

**ORDERED**:

In addition to the conditions set forth in the Personal Recognizance Release (Doc. #9), defendant shall comply with the following additional condition of release:

> Defendant shall have **no contact**, direct or indirect, with Cheryl Hesser, and **no contact**, direct or indirect, with his three children as long as they are in the custody of Cheryl Hesser. The Court intends the condition to include **every conceivable contact**, including in-person, telephonic, text, electronic mail, and by any other type of social media, whether by defendant, his family, friends, and/or associates.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of December, 2012.

JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record
U.S. Pretrial Services
U.S. Probation
U.S. Marshal