UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                              2:11-cr-83-FtM-29CM

PETER HESSER
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Motion For Bond Pending Appeal (Doc. #135) filed on January 15, 2014. The United States' Opposition (Doc. #138) was filed on January 23, 2014. With the Court's permission (Doc. #140), defendant filed a Reply (Doc. #142) on February 10, 2014.

Following a jury trial, defendant Peter Hesser was convicted of four tax-related felony offenses and sentenced to three years imprisonment on March 11, 2013. (Docs. ## 121, 123.) The Court denied defendant's initial Motion For Bond Pending Appeal by separate Order (Doc. #124), and defendant is currently serving his sentence. Defendant seeks an order of the court releasing him from custody while his pending appeal is being processed. Both sides agree that 18 U.S.C. § 3143(b) provides the standard for such a request. That statute provides:

> (b) Release or detention pending appeal by the defendant.--(1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition

>   for a writ of certiorari, be detained, unless the
>   judicial officer finds--
>
>>   (A) by clear and convincing evidence that the
>>   person is not likely to flee or pose a danger
>>   to the safety of any other person or the
>>   community if released under section 3142(b) or
>>   (c) of this title; and
>>
>>   (B) that the appeal is not for the purpose of
>>   delay and raises a substantial question of law
>>   or fact likely to result in--
>>
>>>   (i) reversal,
>>>   (ii) an order for a new trial,
>>>   (iii) a sentence that does not
>>>   include a term of imprisonment, or
>>>   (iv) a reduced sentence to a term of
>>>   imprisonment less than the total of
>>>   the time already served plus the
>>>   expected duration of the appeal
>>>   process.

18 U.S.C. § 3143(b). Defendant has the burden of establishing each of four factors: "(1) that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released; (2) that the appeal is not for purpose of delay; (3) that the appeal raises a substantial question of law or fact; and (4) that if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed." United States v. Giancola, 754 F.2d 898, 901 (11th Cir. 1985).

The Court has previously found, over the government's strenuous objection, that defendant satisfied the first requirement by clear and convincing evidence. While the government continues

to argue danger to another person (i.e., defendant's wife, a government witness), no new facts have been presented. The Court therefore continues to find this requirement has been satisfied. The Court also finds that defendant has established that his appeal is not taken for the purpose of delay. The Court further finds, however, that defendant has not established the third and fourth requirements. "The Eleventh Circuit has held that "a 'substantial question' is one of more substance than would be necessary to a finding that it was not frivolous. It is a 'close' question or one that very well could be decided the other way." United States v. Fernandez, 905 F.2d 350, 354 (11th Cir. 1990)(quoting United States v. Giancola, 754 F.2d 898, 901 (11th Cir. 1985)). The Court concludes, after review of the appellate brief attached to defendant's motion and the government's response to the motion, that defendant does not raise such a close question in this case.

Accordingly, it is now

**ORDERED:**

Defendant's Motion For Bond Pending Appeal (Doc. #135) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of February, 2014.

/s/ John E. Steele
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
USCA